**CLOSED**

---

| | |
|---|---|
| **AINSWORTH LEE,** | : UNITED STATES DISTRICT COURT |
| | :   DISTRICT OF NEW JERSEY |
| **Plaintiff(s),** | : |
| | : Hon. Dennis M. Cavanaugh, U.S.D.J. |
| -vs- | : Civil Action No. 06-489 (DMC) |
| | : |
| **THE PEPSI BOTTLING GROUP, et al.,** | :        <u>DISMISSAL ORDER</u> |
| | : |
| **Defendant(s),** | : |

**IT HAVING BEEN REPORTED** to the Court that the above-captioned matter has been settled;

**IT IS on this 5th day of July, 2006**

**ORDERED THAT** this matter be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.

<u>S/Dennis M. Cavanaugh</u>
**DENNIS M. CAVANAUGH**
**United States District Judge**

Original: Clerk of the Court
cc:      All Parties
         Hon. Mark Falk, U.S.M.J.
         File